UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
 SOUTHERN DIVISION 

UNITED STATES OF AMERICA,

             Plaintiff,                         Case No: 1:07-CR-229

v                                         HON. JANET T. NEFF

PABLO MARQUEZ-VILLEDA,

             Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.  The Report and Recommendation of the Magistrate Judge (Dkt #18) is approved and adopted as the opinion of the Court.

2.  Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in the single-count Indictment.

3.  The written plea agreement is hereby continued under advisement pending sentencing.

Dated:  November 26, 2007             /s/ Janet T. Neff 
                                        JANET T. NEFF
                                        United States District Judge